L. HEINIMAN v. STATE.

No. A-1268.   Opinion Filed January 27, 1912.

Appeal from Comanche County Court; James H. Wolverton, Judge.

L. Heiniman was convicted of violating the prohibitory law, and appeals. Affirmed.

Hamon & Ellis, for plaintff in error.

E. G. Spilman and Smith C. Matson, Asst. Attys. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted at the January, 1911, term of the county court of Comanche county, on a charge of unlawfully selling intoxicating liquors, and on the 17th day of March thereafter, was sentenced to pay a fine of one hundred dollars and be confined in the county jail for a period of sixty days. No errors appearing from the record sufficient to justify a reversal of this cause, the judgment of the trial court is affirmed.

L. HEINIMAN v. STATE.

No. A-1269.   Opinion Filed January 27, 1912.

Appeal from Comanche County Court; James H. Wolverton, Judge.

L. Heiniman was convicted of violating the prohibitory law, and appeals. Affirmed.

Hamon & Ellis, for plaintiff in error.

E. G. Spilman and Smith C. Matson, Asst. Attys. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted at the January, 1911, term of the county court of Comanche county, on a charge of unlawfully selling intoxicating liquor, and on the 17th day of March, thereafter, was sentenced to pay a fine of one hundred fifty dollars and be confined in the county jail for a period of ninety days. No errors appearing from the record sufficient to justify a reversal of this cause, the judgment of the trial court is affirmed.